# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALAN FISCHER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>M.S. EVANS, Warden<br><br>　　　　Respondent. | Case No. SACV 09-126-AG (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE STATUS REPORT** |

In a Minute Order dated April 13, 2009 ("4/13/09 Order"), the Court ordered petitioner to file a "Status Report" regarding the status of petitioner's petition in the California Supreme Court within sixty (60) days. Petitioner's Status Report was due on June 13, 2009.

To date, petitioner has not filed a Status Report as ordered by the Court in the 4/13/09 Order.

## ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1)　Petitioner shall have **fourteen (14) days from the date of this**

|   |   |   |
|---|---|---|
| 1 |   | **Order** to show cause why petitioner has failed to file a Status |
| 2 |   | Report as ordered in this Court's 4/13/09 Order; <u>or</u> |
| 3 | (2) | Petitioner shall within **fourteen (14) days of the date of this** |
| 4 |   | **Order** file a Status Report, as ordered by the Court in its 4/13/09 |
| 5 |   | Order. The Status Report shall state the status and progress of |
| 6 |   | petitioner's compliance with this Court's 4/13/09 Order. A copy of |
| 7 |   | the Court's 4/13/09 Order is attached. |

If petitioner fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; <u>see also</u> <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); <u>Yourish v. California Amplifier</u>, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: July 8, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge

- 2 -